UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CEDRIC BLOUNT,

       Plaintiff,

v.                                 CASE NO. 3:24-cv-939-WGY-SJH

JAX TRANSIT MANAGEMENT CORP,
etc., et al.,

       Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Memorandum of Law in Support of Their Verified Bill of Costs, which the Court construes as a motion to tax costs ("Costs Motion"). Doc. 51.

Judgment has been entered in favor of Defendants, Doc. 49, and Plaintiff has filed a motion under Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend the Judgment ("Rule 59 Motion"), Doc. 52.

Upon consideration, the Court deems it appropriate to defer ruling on costs and deny the Costs Motion without prejudice pending resolution of the Rule 59 Motion. *See, e.g.*, *E-Z Dock, Inc. v. Snap Dock, LLC*, No. 2:21-cv-450-SPC-NPM, 2022 WL 19914347, at *1–2 (M.D. Fla. Oct. 24, 2022); *see also Members First Fed. Credit Union v. Members First Credit Union of Fla.*, 244 F.3d 806, 807 (11th Cir. 2001); *Mid-Continent*

*Cas. Co. v. Arpin & Sons, LLC*, No. 16-cv-21341, 2018 WL 11460028, at *1 (S.D. Fla. Jan. 22, 2018).[1]

Accordingly, it is **ordered** that the Costs Motion, Doc. 51, is **denied without prejudice** to the filing of a renewed motion to tax costs, if appropriate, within 14 days after resolution of the Rule 59 Motion, Doc. 52.[2]

**DONE AND ORDERED** in Jacksonville, Florida, on June 18, 2026.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record

---

[1] It is unclear whether the parties conferred concerning the costs requested in the Costs Motion. Doc. 51. Denial of the Costs Motion without prejudice will also allow an opportunity for such conferral before the filing of any renewed motion, which the Court deems appropriate under the circumstances. *Cf. Abruscato v. GEICO Gen. Ins. Co.*, No. 3:13-cv-962-J-39JBT, 2014 WL 12617788, at *2 (M.D. Fla. Sept. 15, 2014).

[2] Nothing herein is intended or should be construed as addressing the Rule 59 Motion.